No. 627. Teresa O. De Prevost *v.* Robert A. Young. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Frank W. Hackett* for petitioner. *Mr. Frederick de C. Faust, Mr. Charles F. Wilson* and *Mr. George Kearney* for respondent.

No. 629. B. F. Wertz *v.* David Ross. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. D. M. Tibbetts* for petitioner. No appearance for respondent.

No. 630. J. W. Ferguson et al. *v.* Babcock Lumber & Land Company. Appeal from the Circuit Court of Appeals for the Fourth Circuit. October 28, 1918. Petition for a writ of certiorari herein denied. *Mr. Mark W. Brown* and *Mr. F. A. Sondley,* for appellants, in support of the petition. *Mr. John Franklin Shields* and *Mr. A. Hall Johnston,* for appellee, in opposition to the petition. See *ante,* 540.

No. 631. Jacob Landes, etc., *v.* Paul Klopstock, etc. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ernest A. Bigelow* for petitioner. *Mr. Arthur Mayer* for respondent.

No. 632. Louis Liebman et al. *v.* Paul Klopstock, etc. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit